20 P.3d 1241

# SUPREME COURT OF HAWAI'I

**March 9, 2001**

| 23209 | State v. Hong | Affirmed |

**March 16, 2001**

| 23355 | Doe, In re | Affirmed |
| 23532 | State v. Tupuola | Affirmed |

**March 21, 2001**

| 23183, 23184, 23185, 23187 | Doe (Jane), In re; Doe (John), In re | Affirmed |

**March 28, 2001**

| 22254 | State v. Young | Affirmed |

**April 10, 2001**

| 23263 | Barnett v. Department of Public Safety, State of Hawai'i | Dismissed |

**April 11, 2001**

| 22924 | State v. Lawrence | Affirmed |